UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
February 28, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN MICHAEL ROBERTS,

Defendant.

Case No. 2:20-cr-00007 JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release STEVEN MICHAEL ROBERTS Case No. 2:20-cr-00007 JAM Charges 18 U.S.C. §922(g)(1) from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

  __x__ Unsecured Appearance Bond $ 10,000.00 cosigned by Brandi Stevens and Jose Lorenzana.

  \_\_\_\_\_ Appearance Bond with 10% Deposit

  \_\_\_\_\_ Appearance Bond with Surety

  \_\_\_\_\_ Corporate Surety Bail Bond

  __x__ Other: Pretrial conditions as stated on the record in open court. Defendant to be released on March 2, 2020 at 9:00 am to USM and then to Pretrial Services.

Issued at Sacramento, California on February 28, 2020 at _____ P.M.

By: _____
Magistrate Judge Allison Claire