UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 28, 2020

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN MICHAEL ROBERTS,

Defendant.

Case No. 2:20-cr-00007 JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  STEVEN MICHAEL ROBERTS

Case No.  2:20-cr-00007 JAM_ Charges 18 U.S.C. §922(g)(1) from custody for the

following reasons:

_____     Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

__x__  Unsecured Appearance Bond $ 50,000.00 cosigned by Margaret
Roberts.

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__x__ Other: Pretrial conditions as stated on the record in open court.
Defendant to be released on March 2, 2020 at 9:00 am to
USM and then to Pretrial Services.

Issued at Sacramento, California on February 28, 2020 at _____ P.M.

By: _____

Magistrate Judge Allison Claire