HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
STEVEN M. ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-7-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER RE VIDEOCONFERENCE FOR CHANGE OF PLEA** |
| vs. | ) |
| STEVEN M. ROBERTS, | ) Date: January 12, 2021<br>) Time: 9:30 A.M.<br>) Judge: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Miriam Hinman, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Roberts, that for specific reasons, the felony change of plea in this case cannot be further delayed without serious harm to the interests of justice and that videoconferencing may be utilized for the above-captioned change of plea hearing.

The parties specifically stipulate as follows:

1. On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings Under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or teleconferencing if videoconference is not

reasonably available – in various criminal proceedings, including felony change of plea hearings. On January 4, 2021, General Order 628 extended General Order 614 for an additional 90 days.

2. The Orders permit the use of videoconferencing for felony change of plea hearings if the following conditions are met:

   a. The presiding judge in the case finds, for specific reasons, that the plea cannot be further delayed without serious harm to the interests of justice; and

   b. The defendant, after consultation with counsel, consents to the use of videoconferencing for the plea.

3. For reasons specific to this case – to wit, a resolution that the parties have spent months discussing, which both parties have an interest in binding the other to as soon as possible, especially in light of the length of time that has elapsed since the indictment on January 9, 2020 – the plea cannot be further delayed without serious harm to the interests of justice.

Furthermore, defense counsel affirms the following:

1. Mr. Roberts, who is out of custody, has had an opportunity to consult with undersigned defense counsel regarding the use of videoconferencing for his change of plea hearing;

2. Following such consultation, and having been advised of his right to appear in person for his change of plea hearing, as well as of the ability to waive his personal appearance and appear via videoconference, Mr. Roberts has waived the right to personally appear at the above-captioned hearing, and instead requests to appear via videoconference; and

3. If videoconference becomes unavailable, he further consents to appear via teleconference.

*The remainder of this page is intentionally blank. Signatures immediately follow.*

| | |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 6, 2021 | */s/ Christina Sinha*<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>STEVEN M. ROBERTS |
| Date: January 6, 2021 | MCGREGOR W. SCOTT<br>United States Attorney |
| | */s/ Miriam Hinman*<br>MIRIAM HINMAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: January 6, 2021        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE